IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**In the Matter of the Search of**

92 Haverhill Street, First Floor Front Apartment, Lawrence, MA and a white 2007 Infiniti G35 sedan, bearing MA registration 3RZ815

Case Nos. 19-MJ-2348-MBB
19-MJ-2349-MBB

## GOVERNMENT'S MOTION TO SEAL

The United States of America hereby moves this Court to direct that the search warrant applications, affidavit search warrants and other documents on file be sealed. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

ANDREW LELLING
United States Attorney

By: _____
John A. Wortmann, Jr.
Assistant United States Attorney

Date: 8-16-19

ALLOWED:

_____
HONORABLE MARIANNE B. BOWLER
U.S. Magistrate Judge
District of Massachusetts

Date: August 16, 2019